United States District Court
Southern District of Texas
**ENTERED**
March 15, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JIMMY D. SCHMIDT, | § | |
| Plaintiff, | § § § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-00532 |
| JPMORGAN CHASE BANK, NA, *et al*, | § § § | |
| Defendants. | § § | |

## **ORDER**

Before the Court is the Magistrate Court's Memorandum and Recommendation filed February 1, 2018 (Doc. #17), and Plaintiff's Objections (Doc. #18). The Magistrate Court's findings and conclusions are reviewed de novo. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989). Having considered the arguments and the applicable law, this Court adopts the Memorandum and Recommendation as this Court's Order.

It is so ORDERED.

**MAR 1 5 2018**
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge